UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN LEE THOMAS,

    Plaintiff,

v.                                                      Case No. 3:21cv1741-MCR-HTC

ESCAMBIA COUNTY JAIL,
ESCAMBIA COUNTY BOARD OF
    COUNTY COMMISSIONERS,
ESCAMBIA COUNTY SHERIFF'S OFFICE,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 25, 2022. ECF No. 11. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv1741-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2. Plaintiff's amended complaint (ECF Doc. 9) be dismissed under 28 U.S.C. §§ 1915(e)(2) and 1915A for failure to state a claim.

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**